**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| JAMES CHVILICEK,<br><br>              Plaintiff<br>vs.<br><br>WILLIAM M. AUSTIN; AUTO-OWNERS SPECIALTY INSURANCE COMPANY; and JOHN DOES 1-5.<br><br>              Defendants | CASE NO.: 9:20-cv-00139-DLC-KLD<br><br><br><br>PROPOSED ORDER GRANTING THE UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT THE PRELIMINARY PRETRIAL CONFERENCE |

THE COURT, having reviewed the Unopposed Motion to Appear Telephonically at the Preliminary Pretrial Conference, and being fully advised of the premises,

HEREBY permits counsel for William M. Austin to appear telephonically at the preliminary pretrial conference. The office of Mr. Austin's counsel shall contact the Court to arrange the call-in details.

DATED this _____ day of _____, 2020.

**BY THE COURT:**

_____