IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES CHVILICEK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM M. AUSTIN; AUTO-OWNERS SPECIALITY INSURANCE COMPANY; and JOHN DOES 1-5,<br><br>　　　　Defendants. | CV 20-139-M-DLC-KLD<br><br><br>ORDER |

Defendant William M. Austin has filed an unopposed motion to allow his counsel, Connor L. Cantrell and Patrick Q. Hustead, to participate in the preliminary pretrial conference scheduled for 3:00 p.m. on November 18, 2020 by telephone. (Doc. 12.) Accordingly,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant's counsel shall call 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649 followed by #.

DATED this 23rd day of October, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　United States Magistrate Judge