IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES CHVILICEK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM M. AUSTIN, and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | CV 20-139-M-KLD<br><br>**ORDER RESETTING SCHEDULING CONFERENCE** |

Defendant William M. Austin moves the Court to reset the scheduling conference currently set for January 8, 2021 at 11:00 a.m. (Doc. 27.) The motion is unopposed. Accordingly,

IT IS ORDERED that the telephonic conference to select a date for the settlement conference is CONTINUED to **January 8, 2021 at 3:00 p.m.** To participate, Counsel should follow the steps below:

　　1.　Dial 1-877-848-7030
　　2.　Enter Access Code 5492555 #

IT IS ORDERED.

DATED this 5th day of January, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge