IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES CHVILICEK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM M. AUSTIN, and JOHN DOES 1-5,<br><br>　　　　Defendants. | CV 20-139-M-KLD<br><br>**ORDER** |

　　　　Defendant William M. Austin ("Defendant") has filed an unopposed motion to allow counsel to appear at the Settlement Conference by video. (Docs. 30, 32.) Defendant also requests that Plaintiff James Chvilicek and his counsel, Michael A. Bliven, be allowed to appear via video as well. Good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Mr. William Austin, Ms. Holly Messenger, Mr. Connor Cantrell, Mr. James Chvilicek, and Mr. Michael A. Bliven may appear by videoconference at the March 11, 2021 Settlement Conference. Counsel for each party shall immediately contact the

/ / /

/ / /

/ / /

Clerk of Court's Office at (406) 247-7000, #8, to make arrangements with the Court's IT Department.

**IT IS ORDERED.**

DATED this 4th day of March, 2021.

                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge