IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES CHVILICEK, | CV 20-139-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM M. AUSTIN, and JOHN DOES 1-5, | |
| Defendants. | |

Before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 35). Accordingly,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs and fees.

DATED this 31st day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1